UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:01-CR-449-KJD-1 |
| Plaintiff, ) | 2:01-CR-385-KJD-RJJ-1 |
| ) | |
| vs. ) | |
| ) | |
| ROBERT CARL KINDELL ) | |
| ) | |
| Defendant. ) | |



## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in Criminal Case 2:01-CR-449-KJD-1 (ECF#13), sentencing held on April 17, 2002. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WELLS FARGO BANK
Amount of Restitution: $7,968.00

Name of Payee: BANK OF AMERICA
Amount of Restitution: $8,723.00

Name of Payee: BANK OF AMERICA
Amount of Restitution: $3,338.00

Name of Payee: NEVADA FIRST BANK
Amount of Restitution: $2,222.00

Name of Payee: NATIONAL BANK OF NEVADA
Amount of Restitution: $3,361.00

Name of Payee: FDIC RESTITUTION PAYMENTS (f.k.a. Washington Mutual)
Amount of Restitution: $2,000.00

Name of Payee: UNKNOWN VICTIMS
Amount of Restitution: $441.79

**Total Amount of Restitution ordered: $28,053.79\*\***

\*\*Total amount of Restitution assessed in this case and CR-S-01-385-KJD-RJJ-1

Dated this ____19th____ day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE